No. 11–10915.   MURPHY *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 11–10916.   SNYDER *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 11–10917.   DEMENT *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 11–10918.   CARTER *v.* DEMPSEY ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 11–10919.   COWAN *v.* McCALL, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 11–10920.   CHAVEZ *v.* HEDGPETH, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 11–10921.   SPENCER *v.* RILEY ET AL.   C. A. 11th Cir. Certiorari denied.

No. 11–10922.   RUBIO SERRANO *v.* STANCIL, ADMINISTRATOR, BERTIE CORRECTIONAL INSTITUTION.   C. A. 4th Cir.   Certiorari denied.

No. 11–10923.   ROBINSON *v.* OBAMA, PRESIDENT OF THE UNITED STATES, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 11–10925.   SMITH *v.* CHAPPELL, ACTING WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 11–10926.   SMITH *v.* BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 11–10927.   SINGLETON *v.* EAGLETON, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 11–10928.   RIJO, AKA FELICINDO, AKA TIJO-MOTA, AKA CONCEPCION *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 11–10929.   SCOTT *v.* CURRY, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 11–10932.   VALRICK J. *v.* ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.